## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HEIDY A. CHINCHILLA-CARPIO, | ) | 3:13-cv-00683-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 30, 2015 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Request for Exception to Settlement Conference Attendance Requirement. (ECF No. 25.) Defendant requests that the court authorize AUSA Greg Addington, counsel for Defendant, to participate in the November 24, 2015, settlement conference in person as the sole settlement representative for the United States.

Good cause appearing, Defendant's request for exception  (ECF No. 25) is **GRANTED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
                Deputy Clerk